FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 28 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

GLEN EDWARD RUTHERFORD,

    Petitioner,

v.

GARY SWARTHOUT, Warden,

    Respondent.

Case No. EDCV 11-01089 GW (AN)

ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objection (dkt. 6). Further, the Court has completed a *de novo* review of those portions of the R&R to which Petitioner has objected.

IT IS ORDERED that:

1. Petitioner's Objection is overruled for the following reasons. First, all but one of the arguments contained in his written Objection have been addressed and properly rejected in the R&R. In light of *Swarthout v. Cooke*, 562 U.S. ---, 131 S. Ct. 859 (2011), Petitioner has not established any basis for concluding the California courts' rejection of his federal due process parole claim was contrary to, or involved an unreasonable application of, clearly established Supreme Court law. Second,

Petitioner's new argument that he was not afforded a fair and impartial hearing to the extent he was not immediately given a copy of the district attorney's written opposition to parole is rejected because Petitioner has failed to show any alleged delay in service deprived him of a fair and impartial hearing. (*See* Objection at 3-4.) Third, Petitioner has not otherwise shown the findings in R&R are legally or factually erroneous.

2. The Court accepts the findings and recommendation of the R&R.

3. Judgment shall be entered denying the Petition and dismissing this action with prejudice.

4. All motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: December 27, 2011

                                       GEORGE H. WU
                                       UNITED STATES DISTRICT JUDGE