FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**DEC 2 8 2011**

CENTRAL DISTRICT OF CALIFORNIA
BY Sny                          DEPUTY

ENTER / JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

|  |  |
|---|---|
| GLEN EDWARD RUTHERFORD, ) | Case No.  EDCV 11-01089 GW (AN) |
|                Petitioner, ) | |
|        v. ) | JUDGMENT |
| GARY SWARTHOUT, Warden, ) | |
|                Respondent. ) | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: December 27, 2011

George H. Wu
_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**DEC 2 8 2011**

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY